UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     CV 14-6994-MWF                              Date: **September 16, 2015**

Title:     In Re Jennie Santamaria

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Appellant is ordered to show cause, in writing, no later than September 28, 2015, why this action should not be dismissed for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause may result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs

(Rev. 10/1/04)